CHIEF JUSTICE
  CAROLYN WRIGHT
JUSTICES
  DAVID L. BRIDGES
  MOLLY FRANCIS
  DOUGLAS S. LANG
  ELIZABETH LANG-MIERS
  ROBERT M. FILLMORE
  LANA MYERS
  DAVID EVANS
  DAVID LEWIS
  ADA BROWN
  CRAIG STODDART
  BILL WHITEHILL
  DAVID J. SCHENCK



**Court of Appeals**
**Fifth District of Texas at Dallas**
600 COMMERCE STREET, SUITE 200
DALLAS, TEXAS 75202
(214) 712-3400

LISA MATZ
CLERK OF THE COURT
(214) 712-3450
lisa.matz@5th.txcourts.gov

GAYLE HUMPA
BUSINESS ADMINISTRATOR
(214) 712-3434
gayle.humpa@5th.txcourts.gov

FACSIMILE
(214) 745-1083

INTERNET
HTTP://5TH.TXCOURTS.GOV

June 15, 2015

Melvyn Carson Bruder
Attorney at Law
6440 North Central Expressway
516 Turley Law Center
Dallas, TX 75206

Karen R. Wise
Assistant District Attorney
Frank Crowley Courts Building
133 N. Riverside Blvd., LB 19
Dallas, TX 75207

Re:     **Thomas Singer v. The State of Texas; #05-14-00236-CR**

Dear Attorneys:

Enclosed is a corrected page for the above-mentioned case. Please note the following typographical error, which has been corrected:

Page 5 should say Do Not Publish, TEX. R. APP. P. 47.2(b).

Please replace page five of your previous copy with the enclosed.

Sincerely,

/s/ Lisa Matz

Clerk of the Court

cc:     Trial court judge
        Trial court clerk
        Publisher